IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG WYGANT and JACQUELINE HERSHEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER HEALTHCARE, LLC, BERLEX LABORATORIES INTERNATIONAL, INC., BAYER SCHERING PHARMA AG, BAYER AG, SCHERING AG, MCKESSON CORPORATION, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-03690 WHA<br><br>**ORDER STAYING CASE** |

     The Clerk's Office is in the process of transferring this case to the Southern District of Illinois, so that it may proceed in conjunction with coordinated proceedings before the Honorable David Herndon (Dkt. No. 16). In the meantime, all proceedings in this action are **STAYED**. The hearing on defendants' motion to stay on October 14, 2010, and the hearing on plaintiffs' motion to remand on October 28, 2010, are **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 8, 2010.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE